# United States Bankruptcy Court
## District of Colorado

In re **Willowood USA Holdings, LLC**
Debtor(s)

Case No. **19-11079**
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Willowood USA Holdings, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Blue Dream Acquisition, LLC
1331 17th Street, Suite 812
Denver, CO 80202

Brian D. Heinze
8690 Lookingglass Road
Roseburg, OR 97471

Vijay Mundhra
Flat A, 58/F, Tower 7
28 Siu Sai Wan Road
Chai Wan, Hong Kong

☐ None [*Check if applicable*]

**February 15, 2019**
Date

*/s/ M.J. Pankow*
Michael J. Pankow 21212
Signature of Attorney or Litigant
Counsel for **Willowood USA Holdings, LLC**
Brownstein Hyatt Farber Schreck, LLP
410 Seventeenth Street, Suite 2200
Denver, CO 80202
(303) 223-1100 Fax:(303) 223-1111