# POST CONFIRMATION QUARTERLY REPORT

**DEBTOR(S):** Willowood USA Holdings LLC, Willowood USA LLC, Willowood LLC, RIghtLine LLC, Greenfield Holdings LLC, Greenfield Marketing Ltd, Willowood Azoxystrobin LLC

**CASE NO:** 19-11079, 19-11320, 19-11322, 19-11324, 19-11327, 19-11331, 19-12371

**FOR QUARTER ENDED:** 06/30/2020

### SUMMARY OF DISBURSEMENTS MADE DURING QUARTER:

| | | | |
|---|---|---|---|
| 1. | CASH BALANCE, BEGINNING OF QUARTER | $ | 299,074 (1) |
| 2. | CASH RECEIPTS DURING QUARTER FROM ALL SOURCES | $ | 4,875 |
| 3. | CASH DISBURSEMENTS DURING QUARTER, INCLUDING PLAN PAYMENTS | $ | (108,974) |
| 4. | CASH BALANCE, END OF QUARTER (OR AS OF REPORT DATE FOR FINAL REPORT) | $ | 194,975 (1) |

### SUMMARY OF AMOUNTS DISBURSED UNDER PLAN:

| | | Paid During Quarter | Total Paid to Date | Total Payments Projected Under Plan |
|---|---|---|---|---|
| 1. | **ADMINISTRATIVE EXPENSES** | | | |
| | CRO Fees | $ - | $ - | $ 30,347 |
| | CRO Expenses | $ 1,517 | $ 1,517 | $ 1,517 |
| | Attorney Fees - Debtor | $ - | $ - | $ 138,118 |
| | Attorney Fees - UCC | $ 17,540 | $ 17,540 | $ 20,064 |
| | Other Professionals | $ 23,516 | $ 23,516 | $ 55,051 |
| | Other Administrative Expenses | $ 66,401 | $ 66,401 | $ 137,214 |
| | TOTAL ADMINISTRATIVE EXPENSES | $ 108,974 | $ 108,974 | $ 382,311 |
| 2. | SECURED CREDITORS | $ - | $ - | $ 103,648 |
| 3. | PRIORITY CREDITORS | $ - | $ - | $ - |
| 4. | UNSECURED CREDITORS | $ - | $ - | $ - |
| 5. | EQUITY SECURITY HOLDERS | $ - | $ - | $ - |
| 6. | OTHER: | $ - | $ - | $ - |
| | **TOTAL PLAN PAYMENTS (lines 1 - 6)** | $ 108,974 | $ 108,974 | $ 485,959 |

| | Amount | Date | Check No. |
|---|---|---|---|
| **QUARTERLY FEE PAID:** | $ 6,825.00 | 03/20/2020 | 10090 |

*A previous overpayment in US Trustee fees (above) has left a balance of approximately $3,900. Based on the distributions made in 2020 Q2, the debtor's fee equals $975. The remaining balance on this account is approximately $2,925.*

### PLAN STATUS:                                                                                                      Yes   No

1. Have all payments been made as set forth in the confirmed plan? (If no, attach explanation.)     ☐  ☐

2. Are all post-confirmation obligations current? (If no, attach explanation.)                                ☐  ☐

3. Projected date of application for final decree:    03/30/2021

*I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING POST CONFIRMATION QUARTERLY REPORT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.*

Attach additional sheets as necessary

Reorganized Debtor
By: Thomas M. Kim
Chief Restructuring Officer
Title

Email & Phone: tkim@r2llc.com    303-865-8460

(1) Cash balances include retainers held by professionals (i.e. COLTAF accounts).

Form 3
Rev. 1/15/14



KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

**Corporate Banking Statement**
April 30, 2020
page 1 of 3

13        T   968 00000 R EM AO
WILLOWOOD USA, LLC
DIP CASE NO 19-11079
OPERATING ACCOUNT
385 INTERLOCKEN CRESCENT SUITE 240
BROOMFIELD CO 80021-3492

*Questions or comments?*
*Call  1-800-821-2829*

**Commercial Transaction**         8289
WILLOWOOD USA, LLC
DIP CASE NO 19-11079
OPERATING ACCOUNT

| | |
|---|---:|
| Beginning balance 3-31-20 | $298,891.42 |
| 9 Subtractions | -64,760.03 |
| Net fees and charges | -1,343.60 |
| **Ending balance 4-30-20** | **$232,787.79** |

## Subtractions

| Withdrawals | Date | Serial # | Location | |
|---|---|---|---|---:|
| | 4-1 | 15165 | Wire Withdrawal  Adp Payroll Depo 2283 | $4,761.44 |
| | 4-3 | | Adp Payroll Feesadp - Fees8Zar2Jg 7790314 | 95.00 |
| | 4-6 | | Willowood Operatcash Disb | 34,025.00 |
| | 4-9 | 8922 | Wire Withdrawal  King & Spalding  2475 | 17,540.00 |
| | 4-10 | | Adp Payroll Feesadp - Fees532Jg   8761886 | 782.15 |
| | 4-14 | 2982 | Wire Withdrawal  Adp Payroll Depo 2283 | 4,761.44 |
| | 4-16 | | Willowood Operatcash Disb | 2,717.00 |
| | 4-27 | | Microsoft 6041  Edi Paymnttrn*1*Z310Y8Yhd5D9\ | 18.00 |
| | 4-28 | | Microsoft 6041  Edi Paymnttrn*1*Z313Yb3Vawf8\ | 60.00 |
| | | | **Total subtractions** | **$64,760.03** |

## Fees and charges

| | Date | | Quantity | Unit Charge | |
|---|---|---|---:|---:|---:|
| | 4-8-20 | Mar Analysis Service Chg | 1 | 1343.60 | -$1,343.60 |
| | | **Fees and charges   assessed this period** | | | **-$1,343.60** |

KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

**Corporate Banking Statement**
April 30, 2020
page 1 of 2

13      T   968 00000 R EM AO
WILLOWOOD USA, LLC
DIP & CASE NO 19-11079
TREELINE BORROWINGS ACCOUNT
385 INTERLOCKEN CRES STE 240
BROOMFIELD CO 80021-3492

*Questions or comments?*
*Call  1-800-821-2829*

---

**Commercial Money Market Deposit** ▮▮▮▮▮▮7699
WILLOWOOD USA, LLC
DIP & CASE NO 19-11079
TREELINE BORROWINGS ACCOUNT

| | |
|---|---:|
| Beginning balance 3-31-20 | $182.60 |
| **Ending balance 4-30-20** | **$182.60** |

**Interest earned**

| | |
|---|---:|
| Current Interest Rate | variable |
| Number of days this statement period | 30 |
| Interest paid year-to-date | $0.27 |

**Fees and charges**    *See your Account Analysis statement for details.*



KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

**Corporate Banking Statement**
May 31, 2020
page 1 of 3

```
     13        T   968 00000 R EM AO
WILLOWOOD USA, LLC
DIP CASE NO 19-11079
OPERATING ACCOUNT
385 INTERLOCKEN CRESCENT SUITE 240
BROOMFIELD CO 80021-3492
```

Questions or comments?
Call  1-800-821-2829

**Commercial Transaction** ▮▮▮▮▮▮8289
WILLOWOOD USA, LLC
DIP CASE NO 19-11079
OPERATING ACCOUNT

| | |
|---|---:|
| Beginning balance 4-30-20 | $232,787.79 |
| 1 Addition | +4,875.00 |
| 7 Subtractions | -8,240.15 |
| Net fees and charges | -1,313.18 |
| **Ending balance 5-31-20** | **$228,109.46** |

### Additions

| Deposits | Date | Serial # | Source | |
|---|---|---|---|---:|
| | 5-8 | | Healthequity Inchealthequi | $4,875.00 |
| | | | **Total additions** | **$4,875.00** |

### Subtractions

| Withdrawals | Date | Serial # | Location | |
|---|---|---|---|---:|
| | 5-1 | | Adp Payroll Feesadp - Fees8Zar2Jg 8969805 | $95.00 |
| | 5-7 | | Willowood Operatcash Disb | 6,000.00 |
| | 5-7 | | Willowood Operatcash Disb | 1,190.00 |
| | 5-11 | | Adp Payroll Feesadp - Fees532Jg   4225912 | 782.15 |
| | 5-28 | | Microsoft 6041  Edi Paymnttrn*1*Z41205Qfo801\ | 60.00 |
| | 5-28 | | Microsoft 6041  Edi Paymnttrn*1*Z41205S3Mcgg\ | 18.00 |
| | 5-29 | | Adp Payroll Feesadp - Fees8Zar2Jg 4144090 | 95.00 |
| | | | **Total subtractions** | **$8,240.15** |

### Fees and charges

| Date | | | Quantity | Unit Charge | |
|---|---|---|---:|---:|---:|
| 5-8-20 | Apr Analysis Service Chg | | 1 | 1313.18 | -$1,313.18 |
| | **Fees and charges   assessed this period** | | | | **-$1,313.18** |

*See your Account Analysis statement for details.*

**Account messages**

*Coming Soon: Increase to funds available when certain holds are placed on deposits. Federal regulations determine the amounts that banks must make available to you when certain holds are placed on your deposits. These amounts are being adjusted for inflation. Beginning on or before June 20, 2020 our Funds Availability Policy will be updated as follows:*
* *Case-by-case holds: $225 (up from $200) will be available for withdrawal the next business day after the day of your deposit.*
* *Large deposit exception holds: The first $5,525 (up from $5,000) will be available the next business day after the day of your deposit.*
* *New account exception holds: $5,525 (up from $5,000) of a day's total deposits of cashier's, certified, teller's, traveler's, and federal, state and local government checks will be available on the first business day after the day of your deposit if the deposit meets certain conditions.*



KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

**Corporate Banking Statement**
May 31, 2020
page 1 of 2

```
    13         T   968 00000 R EM AO
WILLOWOOD USA, LLC
DIP & CASE NO 19-11079
TREELINE BORROWINGS ACCOUNT
385 INTERLOCKEN CRES STE 240
BROOMFIELD CO 80021-3492
```

*Questions or comments?*
*Call 1-800-821-2829*

**Commercial Money Market Deposit** 7699
WILLOWOOD USA, LLC
DIP & CASE NO 19-11079
TREELINE BORROWINGS ACCOUNT

| | |
|---|---:|
| Beginning balance 4-30-20 | $182.60 |
| Interest paid | +0.01 |
| **Ending balance 5-31-20** | **$182.61** |

**Interest earned**

| | |
|---|---:|
| Current Interest Rate | variable |
| Number of days this statement period | 31 |
| Interest paid  5-29-20 | $0.01 |
| Interest paid year-to-date | $0.28 |

**Fees and charges**    *See your Account Analysis statement for details.*

**Account messages**

> Coming Soon: Increase to funds available when certain holds are placed on deposits. Federal regulations determine the amounts that banks must make available to you when certain holds are placed on your deposits. These amounts are being adjusted for inflation. Beginning on or before June 20, 2020 our Funds Availability Policy will be updated as follows:
> * Case-by-case holds: $225 (up from $200) will be available for withdrawal the next business day after the day of your deposit.
> * Large deposit exception holds: The first $5,525 (up from $5,000) will be available the next business day after the day of your deposit.
> * New account exception holds: $5,525 (up from $5,000) of a day's total deposits of cashier's, certified, teller's, traveler's, and federal, state and local government checks will be available on the first business day after the day of your deposit if the deposit meets certain conditions.



KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

**Corporate Banking Statement**
June 30, 2020
page 1 of 2

```
     13          T    968 00000 R EM AO
WILLOWOOD USA, LLC
DIP CASE NO 19-11079
OPERATING ACCOUNT
385 INTERLOCKEN CRESCENT SUITE 240
BROOMFIELD CO 80021-3492
```

*Questions or comments?*
*Call  1-800-821-2829*

---

**Commercial Transaction**         8289

WILLOWOOD USA, LLC
DIP CASE NO 19-11079
OPERATING ACCOUNT

| | |
|---|---:|
| Beginning balance 5-31-20 | $228,109.46 |
| 7 Subtractions | -32,041.37 |
| Net fees and charges | -1,275.84 |
| **Ending balance 6-30-20** | **$194,792.25** |

## Subtractions

| Withdrawals Date | Serial # | Location | |
|---|---|---|---:|
| 6-1 | | Willowood Operatcash Disb | $20,799.37 |
| 6-24 | | Willowood Operatcash Disb | 6,000.00 |
| 6-24 | | Willowood Operatcash Disb | 2,372.00 |
| 6-24 | | Willowood Operatcash Disb | 1,275.00 |
| 6-29 | | Microsoft 6041  Edi Paymnttrn*1*Z41122Ggdhhu\ | 60.00 |
| 6-29 | | Microsoft 6041  Edi Paymnttrn*1*Z41622Lvvcfb\ | 18.00 |
| 6-30 | | Willowood Operatcash Disb | 1,517.00 |
| | | **Total subtractions** | **$32,041.37** |

## Fees and charges

| Date | | Quantity | Unit Charge | |
|---|---|---:|---:|---:|
| 6-8-20 | May Analysis Service Chg | 1 | 1275.84 | -$1,275.84 |
| | **Fees and charges   assessed  this period** | | | **-$1,275.84** |

*See your Account Analysis statement for details.*



KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

**Corporate Banking Statement**
June 30, 2020
page 1 of 2

```
13        T   968 00000 R EM AO
```
WILLOWOOD USA, LLC
DIP & CASE NO 19-11079
TREELINE BORROWINGS ACCOUNT
385 INTERLOCKEN CRES STE 240
BROOMFIELD CO 80021-3492

*Questions or comments?*
*Call  1-800-821-2829*

---

**Commercial Money Market Deposit**         7699
WILLOWOOD USA, LLC
DIP & CASE NO 19-11079
TREELINE BORROWINGS ACCOUNT

| | |
|---|---:|
| Beginning balance 5-31-20 | $182.61 |
| Interest paid | +0.01 |
| **Ending balance 6-30-20** | **$182.62** |

**Interest earned**

| | |
|---|---:|
| Current Interest Rate | variable |
| Number of days this statement period | 30 |
| Interest paid  6-30-20 | $0.01 |
| Interest paid year-to-date | $0.29 |

**Fees and charges**     *See your Account Analysis statement for details.*